

# MANDATE

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE BUSINESS COURT DIVISION 1B OF TRAVIS COUNTY, GREETINGS:

On August 19, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

> Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II, LP v. Primexx Energy Corporation, M. Christopher Doyle, Angelo Acconcia, Blackstone Inc., Blackstone Holdings III LP, Blackstone EMA II LLC, BMA VII LLC, Blackstone Energy Management Associates II LLC, Blackstone Energy Partners II LP, Blackstone Management Associates VII LLC, Blackstone Capital Partners VII LP, BCP VII/BEP II Holdings Manager LLC, BX Primexx Topco LLC, and BPP Holdco LLC

> Court of Appeals No. 15-25-00095-CV
> Trial Court No. 24-BC01B-0010

The Court of Appeals entered the following judgment or order:

> This Court has considered appellants' motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

We order appellant, Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II, LP, jointly and severally, to pay all costs incurred in this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 4, 2025.

**CHRISTOPHER A. PRINE, CLERK**